UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARTING STONE, INC.,

        Plaintiff,

v.

REMEMBER ME PEBBLES LLC,

        Defendant.

Case No. 26-cv-931

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Parting Stone, Inc. ("Plaintiff") hereby notifies this Court that it dismisses this case against Defendant Remember Me Pebbles LLC ("Defendant"), *with prejudice*.

Defendant has not filed an answer or otherwise responded in this action.

Dated this 22nd day of May 2026.

LOWE GRAHAM JONES PLLC

_____

Mitchell D. West, WSBA No. 53103
*West@LoweGrahamJones.com*
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
T: 206.381.3300
F: 206.381.3301
*Counsel for Plaintiff*

Lena N. Bacani (*pro hac vice* to be filed)
lena.bacani@lozaip.com

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

129645.0002/8075328.1

LOZA & LOZA, LLP
305 N. Second Ave., #127
Upland, CA 91786
Phone: (872) 314-1374
Email: lena.bacani@lozaip.com

*Counsel for Plaintiff*

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2026, a copy of the foregoing was served on Defendant Remember Me Pebbles LLC at the following email address:

customer.service@remembermepebbles.com

/s/ *Rischel Voigt*
Rischel Voigt, Paralegal

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

129645.0002/8075328.1